**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

October 14, 2009

Daniel J. Earnshaw, Esquire
2011 Pulaski Highway
Earnshaw Building
Edgewood, Maryland   21040

Robert G. McGinley, Esquire
17251 Melford Boulevard
Suite 200
Bowie, Maryland   20715

Charles A. Arcodia, Esquire
300 Redland Court
Suite 308
Owings Mills, Maryland   21117

      Re:  Tracie J. Bazzano v. Amos Brunson, Jr.
           Civil Action No. BPG-09-1147

Dear Counsel:

The above-referenced motor vehicle tort case was referred to me for all proceedings pursuant to 28 U.S.C. §636(c) on October 6, 2009.

I understand that your clients consent to proceed before a Magistrate Judge.  The case file, however, does not contain written consent from the parties. Accordingly, appropriate consent forms should be accessed on the court's web site: www.mdd.uscourts.gov by going to "Forms and Manuals," clicking on "Display all forms," and selecting the form "Consent to Proceed Before U.S. Magistrate Judge."  Your electronic forms should then be electronically filed by **Friday, October 16, 2009.**

The deadlines set forth in Judge Bennett's  Scheduling Order of September 8, 2009 shall remain unchanged.  Please submit a joint letter by **Tuesday, October 20, 2009**, indicating whether you would like to select a trial date at this time.  If so, please provide an agreed upon time frame for the trial and an estimate of the length of the trial.  I note that in the parties' joint status report of June 23, 2009, you indicated that the case should not be referred for a settlement conference at that time. Counsel should include in their joint letter of October 20, 2009, whether at this time the parties would like to request a referral for a settlement conference and, if so, for which stage in the litigation you would like the settlement conference to be scheduled.  I would suggest that if you are interested in a settlement conference at anytime in this case, that you request one now given that settlement conferences before the Magistrate Judges are being scheduled several months from now.

Letter to Counsel:
Subject:  Tracie J. Bazzano v. Amos Brunson, Jr.
Civil Action No. BPG-09-1147
October 14, 2009
Page 2

      Please note that my name should be used on all further correspondence and filings with the Court as noted above in the caption of the case.  As you proceed with discovery, please feel free to contact my chambers if I may be of assistance.

      Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

                              Very truly yours,

                                /s/
                              Beth P. Gesner
                              United States Magistrate Judge


cc:  Judge Bennett